USDC SCAN INDEX SHEET











USA

SMART

JRL    4/16/98    14:18
3:95-CR-00585
*139*
*CRMGOV.*

**ORIGINAL**

ALAN D. BERSIN
United States Attorney
VIRGINIA A. BLACK
Special Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046

Attorneys for Plaintiff
United States of America

FILED
APR - 7 1998
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 95CR0585-K |
| Plaintiff. ) | |
| ) | MOTION TO UNSEAL |
| v. ) | AND ORDER THEREON |
| ) | |
| EARL SMART, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Alan D. Bersin, United States Attorney, and Virginia A. Black, Special Assistant United States Attorney, and hereby moves that the Judgement and Commitment, Plea Agreement and Indictment in the above-captioned matter be unsealed for the purpose of immigration removal proceedings relating to Earl Smart before the Executive Office for Immigration Review.

DATED: April 3, 1998.

Respectfully submitted,

ALAN D. BERSIN
United States Attorney

VIRGINIA A. BLACK
Special Assistant U.S. Attorney